OPINION — AG — ** PARTITION SALE MONEY — DEPOSIT — COURT CLERK ** UNDER 12 O.S. 1513 [12-1513] AND 12 O.S. 765 [12-765], IT IS THE DUTY OF THE SHERIFF SO DEPOSIT PURCHASE WITH THE COURT CLERK ORDERING PARTITION, AND MONEY SO DEPOSITED IS DISTRIBUTED BY THE CLERK, AGREEABLY TO THE ORDER OF THE COURT. (REAL PROPERTY, SALE, REAL ESTATE, DEPOSIT PURCHASE MONEY) CITE: 12 O.S. 765 [12-765], 12 O.S. 1513 [12-1513] (W. J. MONROE)